## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN

SPINE & JOINT SURGICAL INSTITUTE OF
MICHIGAN SOUTHFIELD LLC,

      Plaintiff,             Case No. 21-cv-11316
                                       Hon. Matthew F. Leitman

v.

SURGICAL CENTER OF SOUTHFIELD, LLC
D/B/A FOUNTAIN VIEW SURGERY
CENTER, MEDICAL CONTINUUM
MANAGEMENT, LLC, ATLAS
ORTHOPEDICS, PLLC, MAKINO
INVESTMENTS, L.L.C., ROBERT D. SWIFT,
D.O., DAVID W. WILLIAMS, JEFFREY J.
CARROLL, D.O., and MARK L.
GOLDBERGER, D.O.,

      Defendants.

___

### ORDER OF DISMISSAL

Based on the stipulation of the parties, the above-entitled action is DISMISSED WITH PREJUDICE.

    **IT IS SO ORDERED**.

                                       /s/Matthew F. Leitman
                                       MATTHEW F. LEITMAN
                                       UNITED STATES DISTRICT JUDGE

Dated: February 9, 2023

290946/20080.0004

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 9, 2023, by electronic means and/or ordinary mail.

                                                  s/Holly A. Ryan
                                                  Case Manager
                                                  (313) 234-5126